UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| FRANKLIN E. LONG, | ) | CASE NO. 3:09 CV 1777 |
| | ) | |
| Plaintiff, | ) | MAGISTRATE JUDGE |
| | ) | VERNELIS K. ARMSTRONG |
| v. | ) | |
| | ) | |
| ASSETCARE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

Plaintiff has filed an application to commence suit without the prepayment of costs, fees or security in the above-captioned case. That application is granted.

IT IS SO ORDERED.

   s/Vernelis K. Armstrong

VERNELIS K. ARMSTRONG
UNITED STATES MAGISTRATE JUDGE

DATED: August 12, 2009